AO 240 (Rev. 1/94)

# United States District Court

_____ DISTRICT OF _____

Plaintiff BARBARA HIGGINS
P.O. Box 577
v. SAGAMORE BEACH, MA. 02562

Defendant M.W.RA

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, Barbara Higgins _____ declare that I am the (check appropriate box)
[✓] petitioner/plaintiff/movant  [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [ ] Yes    [✓] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _____

    Are you employed at the institution? _____    Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [✓] Yes    [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
    Part Time Bus Person approx 100.00 - 150.00 weekly also Retired from M.W.R.A. also known as Massachusetts Water Resources Authority

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    Yes [ ]    No [ ]
    b. Rent payments, interest or dividends             Yes [ ]    No [ ]
    c. Pensions, annuities or life insurance payments   Yes [✓]    No [ ]
    d. Disability or workers compensation payments      Yes [ ]    No [ ]
    e. Gifts or inheritances                            Yes [ ]    No [ ]
    f. Any other sources                                Yes [ ]    No [ ]

    If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

    $1,200. - Monthly

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "yes" state the total amount. $806.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☒ Yes   ☐ No

   If "yes" describe the property and state its value.

   My house - Valued at about $150,000. Mortgage Payments are 952.31 monthly with 14 years pending.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NA

I declare under penalty of perjury that the above information is true and correct.

_____/_____          _Barbara Huggins_____
DATE                    SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ _____.

A ledger sheet showing the past six months' transactions:

☐ is attached          ☐ is not available at this institution

_____          _____
DATE                    SIGNATURE OF AUTHORIZED OFFICER