Re: Docket # 04-12519-DPW
*additional information*

December 4, 2004

Barbara Higgins
P.O. Box 577
Sagamore Beach

In regards to the 24 positions I applied for

In previous statement I neglected to state that on several of the positions I applied for I was recalled for a second interview, which is a definite indication a person is being considered for the position. When the time came for hiring the positions were given to someone else and in most cases an outside younger person with little or no experience. On one occasion I was even informed by Jim Freedman in Personnel that the position would be mine, but the position was given to another person who also was from the outside with little or no experience.

There were, however, one or two exceptions where Temporary Employees were given the permanent positions because (I am guessing) they established a rapport with Management.

As I stayed behind I saw everyone around me being upgraded. There was even an occasion when the Union upgraded several Secretaries in my position and when I questioned the procedure I was informed that because at the time I worked for Department Supervisors and not Department Managers I did not qualify. I was working at the time for between 18 and 23 Department Heads, but not Management. Part–time employees were even being upgraded. None of this made any sense to me, and when I questioned any of it I was given some excuse either by Management, Affirmative Action or my Union. I tried everything I knew how.

I finally gave up and Retired.

*Barbara Higgins*