## AGE DESCRIMINATION

I became employed at the Massachusetts Water Resources Authority in 1989 when I was 52 years of age. At that time the Authority was in operation for just about two years and was still doing a lot of new hires. After being fully staffed the MWRA changed their hiring methods.

I worked at the MWRA for 10 ½ years, during that time I applied unsuccessfully for 24 upgraded positions within the Authority, one upgrade within my Department, and I even applied for one or two lateral transfers with the hope I would have a better chance of being upgraded if I were in a different department.

I took all the Computer Classes that were offered and tried to do all the right things to assure I was qualified for the positions I was applying for. I even took a class in Shorthand at Catherine Gibbs Secretarial School in Boston.

I went to my Union for assistance, they said I needed to speak to my Department Manager, when I went to my Department Manager, he said I needed to go to the Union. I even went to Affirmative Action to no avail. I received the Royal Run-around.

I filed a grievance with the Union, after several months of no response I contacted them and was informed my file was misplaced. No action on my grievance was ever taken.

There was even an occasion when I went to Vivienne Wright in Human Resources and asked the question "am I being Blackballed"?

In (I believe April) 1998 I even requested a Desk Audit. Tina Louise of Human Resources came to my desk and audited my responsibilities. I also had to give a description of the duties I performed and samples of my work. When I met with her in her office I was informed that mine were the responsibilities of an Administrative Assistant and my title should be changed and upgraded. The Human Resources Department, Management and the Union dragged their heels on this for over a year. Finally, a year and half later in November of 1999 when I turned 62 years old I retired because I couldn't take anymore.

I lost a lot of monies by constantly being passed over. It affected both my salary and my Retirement. I had planned on working at the MWRA until I was at least 65 years of age. I am now working as a Bus Person in a Restaurant to make ends meet because I cannot survive on the Retirement Checks I receive monthly.

I have documentation that will support my allegations.

I swear to the best of my knowledge that what I have stated is true and there is more.


Barbara Higgins

*Barbara Higgins*

P.O. Box 577
Sagamore Beach, MA   02562

Re: Docket # 04-12519-DPW
2004

December 17, 04

Barbara Higgins
P.O. Box 577
Sagamore Beach

In regards to the 24 positions I applied for

In previous statement I neglected to state that on several of the positions I applied for I was recalled for a second interview, which is a definite indication a person is being considered for the position. When the time came for hiring the positions were given to someone else and in most cases an outside younger person with little or no experience. On one occasion I was even informed by Jim Freedman in Personnel that the position would be mine, but the position was given to another person who also was from the outside with little or no experience.

There were, however, one or two exceptions where Temporary Employees were given the permanent positions because (I am guessing) they established a rapport with Management.

As I stayed behind I saw everyone around me being upgraded. There was even an occasion when the Union upgraded several Secretaries in my position and when I questioned the procedure I was informed that because at the time I worked for Department Supervisors and not Department Managers I did not qualify. I was working at the time for between 18 and 23 Department Heads, but not Management. Part-time employees were even being upgraded. None of this made any sense to me, and when I questioned any of it I was given some excuse either by Management, Affirmative Action or my Union. I tried everything I knew how.

I finally gave up and Retired.

*Barbara Higgins*