*Revised Supplemental*
*Request to Proceed without ???*

**Case Name: Higgins v. Massachusetts Water Resources Authority**

**Case Number: 1:04-cv-12519**

Barbara Higgins
P.O. Box 577
Sagamore Beach, MA 02562


RECEIVED JAN 2 7 2005

---

As of January 4, 2005 I became unemployed. The establishment I was working @ (the Bridge Restaurant) burned down.

---