UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BARBARA HIGGINS,
    Plaintiff

v.

MASSACHUSETTS WATER RESOURCES AUTHORITY,
    Defendants

CIVIL ACTION NO. 04-12474-DPW

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Conditional Order of Dismissal issued DECEMBER 8, 2005, and Plaintiff's failure to comply with such order, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED:  December 29, 2005